**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-6461 |
| | ) | |
| DAEWOO ELECTRONICS AMERICA, INC. | ) | Hon. Blanche M. Manning |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY
OF STIPULATION EXTENDING DISCOVERY SCHEDULE**

1. The parties have reached an agreement to resolve this matter.

2. The parties' settlement agreement requires Defendant's performance according to a set schedule through the month of November 2010.

3. Based on the foregoing, the Parties desire to avoid further discovery and litigation expense in anticipation of entering a stipulated dismissal no later than December 5, 2010. Nonetheless, in the event that Defendant fails to timely perform any of its obligations in the month of November 2010, the Parties desire to immediately move forward with discovery.

**<u>Conclusion</u>**

For the foregoing reasons, Plaintiff requests that this Court enter the attached Stipulation and Proposed Order.

November 5, 2010                               Respectfully submitted,


                                               ___/s/ Daryl M. Schumacher_____
                                               One of Plaintiff's Attorneys

Daryl M. Schumacher (#6244815)
Kopecky, Schumacher & Bleakley, P.C.
203 N. LaSalle St., Ste. 1620
Chicago, IL 60601
(312) 380-6556

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on November 5, 2010, he caused true and correct copies of the foregoing document to be served upon all counsel of record via the Court's CM/ECF System.


      __/s/__Daryl M. Schumacher__