**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| FUNAI ELECTRIC COMPANY, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-6461 |
| | ) | |
| DAEWOO ELECTRONICS AMERICA, INC. | ) | Hon. Blanche M. Manning |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO
EXTEND BRIEFING AND DISCOVERY SCHEDULES**

1. On October 22, 2010, this Court entered an Order scheduling a preliminary injunction hearing in this matter on December 28, 2010. The Court also set a schedule for motions and briefs, requiring the parties to file opening briefs and/or motions on December 2, 2010, response briefs on December 14, 2010 and reply briefs on December 20, 2010.

2. The Court also entered a discovery schedule that required the parties to issue written discovery by November 5, 2010 and respond to that discovery by November 19, 2010.

3. The parties subsequently executed a structured Settlement Agreement that requires Defendant's performance according to a set schedule through the month of November 2010 (the "Structured Settlement Agreement"). If Defendant fully performs its obligations pursuant to the Structured Settlement Agreement (which conclude on November 30, 2010), the agreement requires the parties to jointly file a Stipulation of Dismissal in this action within five business days of Defendant's full performance.

4. Based on the foregoing, the Parties desire to avoid further discovery and litigation expense in anticipation of entering a stipulated dismissal no later than December 5, 2010. Nonetheless, in the event that Defendant fails to timely perform any of its obligations in the

month of November 2010, the Parties desire to immediately move forward with discovery.

5. The Parties request that the Court extend the discovery and briefing schedules as follows:

a. Written discovery shall be filed by December 3, 2010; responses by December 13, 2010;

b. Depositions, if any, to be conducted between December 13 and December 17, 2010.

c. Hearing on Plaintiff's motion for preliminary injunction on December 28, 2010 at noon;

d. In the event Daewoo fails to pay, in full and by the required date, any amount due under the Structured Settlement Agreement, the Parties may (i) immediately serve written discovery, responses to which must be served within ten (10) days of the date of service of the discovery, and (ii) immediately notice depositions to be conducted within fourteen (14) days of service of the notice. All such written discovery must be served by December 3, 2010 and all such depositions must be conducted by December 17, 2010.

November 5, 2010                                    Respectfully submitted,

__/s/ Daryl M. Schumacher_____           __/s/ Matthew Wawrzyn_____
One of Plaintiff's Attorneys                        Matthew M. Wawrzyn
                                                    WAWRZYN LLC
Daryl M. Schumacher (#6244815)                      233 South Wacker Drive, 84th Floor
Kopecky, Schumacher & Bleakley, P.C.                Chicago, Illinois 60606
203 N. LaSalle St., Ste. 1620                       (312) 283-8330 (phone)
Chicago, IL 60601                                   (312) 283-8331 (fax)
(312) 380-6556                                      matt@wawrzynlaw.com

                                                    Perry R. Clark
                                                    LAW OFFICES OF PERRY R. CLARK
                                                    825 San Antonio Road

Palo Alto, CA 94303
(650) 248-5817 (phone)
perry@perryclarklaw.com
Counsel for DAEWOO ELECTRONICS
AMERICA, INC.

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Written discovery shall be filed by December 3, 2010; responses by December 13, 2010; Depositions, if any, to be conducted between December 13 and December 17, 2010. Hearing on Plaintiff's motion for preliminary injunction on December 28, 2010 at noon; In the event Daewoo fails to pay, in full and by the required date, any amount due under the Structured Settlement Agreement, the Parties may (i) immediately serve written discovery, responses to which must be served within ten (10) days of the date of service of the discovery, and (ii) immediately notice depositions to be conducted within fourteen (14) days of service of the notice. All such written discovery must be served by December 3, 2010 and all such depositions must be conducted by December 17, 2010.

DATE: _____ _____
                                                                                        Hon. Blanche M. Manning
                                                                                         United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that, on November 5, 2010, he caused true and correct copies of the foregoing document to be served upon all counsel of record via the Court's CM/ECF System.

                                                    __/s/__Daryl M. Schumacher__