**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Funai Electric Company, Ltd.
          Plaintiff,

v.               Case No.: 1:10–cv–06461
               Honorable Blanche M. Manning

Daewoo Electronics America, Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 8, 2010:

  MINUTE entry before Honorable Blanche M. Manning:Plaintiff's motion for extension of time is entered and continued to 12/2/2010 at 11:00a.m. Status hearing set for for 12/2/2010 at 11:00a.m. If the parties are unable to resolve this matter, written discovery shall be filed by December 3, 2010, with responses due by December 13, 2010; depositions, if any, shall be conducted between December 13 and December 17, 2010, and the hearing on Plaintiffs motion for preliminary injunction will proceed on December 28, 2010 at noon Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.